IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Blotzer, *et al.*, | No. CV-11-274-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| vs. | |
| L-3 Communications Corp., | |
| Defendant. | |

Upon review of the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice filed on March 6, 2013 (Doc. 86) and good cause appearing,

IT IS ORDERED THAT the settlement agreement is APPROVED and this matter is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close the file in this matter.

Dated this 6th day of March, 2013.

Jennifer G. Zipps
United States District Judge